UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-22769-CV-KING

LUIS TORO,

Plaintiff,

v.

HOME DEPOT USA, INC.,
a foreign corporation and
AMBAST, INC., a foreign corporation,

Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT

THIS CAUSE comes before the Court upon Plaintiff's Motion for Leave to File Amended Complaint (DE #23). Plaintiff asks to correct the complaint to reflect the fact that he was marking concrete blocks rather than cutting tile. After careful consideration and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, and DECREED** Plaintiff's Motion for Leave to File Amended Complaint (DE #23) be, and the same hereby is, **GRANTED.** This is simply a factual dispute, and at trial defense counsel can fully cross examine Plaintiff regarding what was first alleged versus what is being alleged at trial.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 27th day of August, 2009.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE

**Cc:**

**Counsel for Plaintiff**
Rogelio A. Del Pino
Rogelio Del Pino
5040 NW 7th Street
Suite 750
Miami , FL 33135
305-541-1801
Fax: 541-1886
Email: delpinolaw@aol.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Albert E. Moon
Albert E. Moon PA
19 W Flagler Street
Suite 705
Miami , FL 33130
305-379-7362
Fax: 379-7365
Email: aemoon@mail.com
ATTORNEY TO BE NOTICED

**Counsel for Defendant**
Anaysa Gallardo
Cozen O'Connor
200 S Biscayne Boulevard
Suite 4410
Miami , FL 33131
305-704-5953
Fax: 305-704-5955
Email: agallardo@cozen.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Richard Michael Dunn
Cozen O'Connor
200 S Biscayne Boulevard
Suite 4410
Miami , FL 33131
305-704-5940
Fax: 704-5955
Email: rdunn@cozen.com
LEAD ATTORNEY

2

ATTORNEY TO BE NOTICED

Paul K. Leary , Jr.
Cozen O'Connor
1900 Market Street
3rd Floor The Atrium
Philadelphia , PA 19103
215-665-2000
Email: pleary@cozen.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

Anthony G. Franqui
Hightower & Partners
100 North Biscayne Boulevard
Suite 2300
Miami , FL 33132
305-539-0909
Fax: 305-530-0661
Email: afranqui@hightowerlaw.net
TERMINATED: 02/02/2009
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Manuel Alberto Fernandez
Paul F Clark Law Offices
9130 S Dadeland Boulevard
Two Datran Center Suite 1701
Miami , FL 33156
305-670-3135
Fax: 670-4348
Email: manuel.fernandez@zurichna.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

William Edwards
Hightower & Partners PA
4770 Biscayne Boulevard
Suite 1200
Miami , FL 33137
305-539-0909
Email: wedwards@hightowerlaw.net
TERMINATED: 02/02/2009
ATTORNEY TO BE NOTICED